USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-13-16

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
KHALIL WILLIAMS,                    :
                                    :    12 Civ. 5585 (LAP)(KNF)
         Petitioner,                :
                                    :    ORDER ADOPTING REPORT &
     v.                             :    RECOMMENDATION
                                    :
UNITED STATES OF AMERICA,           :
                                    :
         Respondent.                :
                                    :
------------------------------------X
```

LORETTA A. PRESKA, Chief United States District Judge:

On January 5, 2015, United States Magistrate Judge Kevin Nathaniel Fox issued a Report and Recommendation concluding that Khalil Williams' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 should be DENIED. The Court, having received no objections, has reviewed Judge Fox's decision de novo and determined it to be correct. See Fed. R. Civ. P. 72(b). Accordingly, the Report and Recommendation is ADOPTED in its entirety, and it is hereby ORDERED that the petition is DENIED and DISMISSED. The Clerk of the Court shall mark this action closed.

SO ORDERED.

DATED:   New York, New York
         April 9, 2016

                                    LORETTA A. PRESKA
                                    Chief U.S. District Judge